**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Charles E. Whipkey, II |
| Debtor 2 (Spouse, if filing) | Cathy L. Whipkey |

United States Bankruptcy Court for the: Southern District of Ohio

Case number    15-58244

## Official Form 410S1

# Notice of Mortgage Payment Change
**12/15**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** US Bank Trust National Association, et. al.

**Court claim no.** (if known) 4-2

**Last 4 digits** of any number you use to identify the debtor's account:    8  5  2  8

**Date of payment change:**
Must be at least 21 days after date of this notice    07/01/2018

**New total payment:**
Principal, interest, and escrow, if any    $  1,039.66

---

### Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $  354.77    New escrow payment:  $  391.96

---

### Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

---

### Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

---

| Debtor 1 | Charles | E. | Whipkey, II | | Case number (*if known*) | 15-58244 |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Megan M. Lynch

Signature                                                                  Date   05/31/2018

Print:   Megan          M.          Lynch                    Title   Bankruptcy Asset Manager
         First Name    Middle Name   Last Name

Company   SN Servicing Corporation

Address   323          5th Street
          Number       Street
          Eureka                    CA    95501
          City                      State  ZIP Code

Contact phone   (800) 603 0836                  Email   bknotices@snsc.com

XX Servicing Corporation    Final
323 FIFTH STREET
EUREKA, CA  95501
For Inquiries:  (800) 603-0836

Analysis Date:  May 09, 2018

CHARLES E WHIPKEY II                                          Loan: ████████
CATHY WHIPKEY
1040 GENEVA AVE
COLUMBUS OH  43223                    Property Address:
                                     1040 GENEVA AVENUE
                                     COLUMBUS, OH  43223

### Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from Feb 2018 to June 2018.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Jul 01, 2018: |
|---|---|---|
| Principal & Interest Pmt: | 647.70 | 647.70 |
| Escrow Payment: | 354.77 | 391.96 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $1,002.47 | $1,039.66 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | May 01, 2018 |
| Escrow Balance: | (897.32) |
| Anticipated Pmts to Escrow: | 709.54 |
| Anticipated Pmts from Escrow (-): | 797.88 |
| Anticipated Escrow Balance: | ($985.66) |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | 0.00 | (2,582.79) |
| Feb 2018 | | 384.79 | | * | | 0.00 | (2,198.00) |
| Mar 2018 | | 354.77 | | * | | 0.00 | (1,843.23) |
| Mar 2018 | | 2,527.37 | | * | Escrow Only Payment | 0.00 | 684.14 |
| Mar 2018 | | 354.77 | | * | | 0.00 | 1,038.91 |
| Apr 2018 | | 354.77 | | * | | 0.00 | 1,393.68 |
| Apr 2018 | | | | 2,291.00 | * Homeowners Policy | 0.00 | (897.32) |
| | | | | | Anticipated Transactions | 0.00 | (897.32) |
| May 2018 | | 354.77 | | | | | (542.55) |
| Jun 2018 | | 354.77 | | 797.88 | County Tax | | (985.66) |
| | $0.00 | $4,686.01 | $0.00 | $3,088.88 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we  anticipated that payments from your account would be made during this period equaling $0.00.  Under Federal law, your lowest monthly balance should not have exceeded $0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days.  We have decided to collect it over 24 months.

PHH Servicing Corporation
For Inquiries:  (800) 863-6896  Final

Analysis Date:  May 09, 2018

CHARLES E WHIPKEY II                                                          Loan:  ▮▮▮▮▮▮▮▮

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | | Escrow Balance | |
| | To Escrow | From Escrow | Description | Anticipated | Required |
|---|---|---|---|---|---|
| | | | Starting Balance | (985.66) | 647.75 |
| Jul 2018 | 323.90 | | | (661.76) | 971.65 |
| Aug 2018 | 323.90 | | | (337.86) | 1,295.55 |
| Sep 2018 | 323.90 | | | (13.96) | 1,619.45 |
| Oct 2018 | 323.90 | | | 309.94 | 1,943.35 |
| Nov 2018 | 323.90 | | | 633.84 | 2,267.25 |
| Dec 2018 | 323.90 | | | 957.74 | 2,591.15 |
| Jan 2019 | 323.90 | 797.88 | County Tax | 483.76 | 2,117.17 |
| Feb 2019 | 323.90 | | | 807.66 | 2,441.07 |
| Mar 2019 | 323.90 | | | 1,131.56 | 2,764.97 |
| Apr 2019 | 323.90 | | | 1,455.46 | 3,088.87 |
| May 2019 | 323.90 | 2,291.00 | Homeowners Policy | (511.64) | 1,121.77 |
| Jun 2019 | 323.90 | 797.88 | County Tax | (985.62) | 647.79 |
| | $3,886.80 | $3,886.76 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of $647.79.  A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs.  Under Federal law, your lowest monthly balance should not exceed $647.79 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is ($985.66).  Your starting balance (escrow balance required) according to this analysis should be $647.75.  This means you have a shortage of $1,633.41. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days.  We have decided to collect it over 24 months.

We anticipate the total of your coming year bills to be $3,886.76.  We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | 323.90 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 68.06 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $391.96 |

**Paying the Shortage.** If your shortage is paid in full, your new monthly payment will be $971.60 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed.  If you would like to pay the shortage now, please pay the entire amount of the shortage before the effective date of your new payment. To ensure that the funds are posted to your account correctly, please notify your asset manager that you are paying the shortage.

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF HUMBOLDT

I, Megan M. Lynch, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 323 Fifth Street, Eureka, California 95501.

On May 31st 2018, I served the within a NOTICE OF MORTGAGE PAYMENT CHANGE on all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States mail at Eureka, California, addressed as follows:

**Charles E. Whipkey, II**
**Cathy L. Whipkey**
1040 Geneva Ave.
Columbus, OH 43223

**Frank M Pees**
130 East Wilson Bridge Road
Suite 200
Worthington, OH 43085

**Robert D Bergman**
3099 Sullivant Ave
Columbus, OH 43204-1153

I certify under penalty of perjury that the foregoing is true and correct.

Executed on May 31st 2018, at Eureka, California.

/s/ Megan M. Lynch
Megan M. Lynch